UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

ALVIN CHRISTMAS,

Petitioner,

v.

WARDEN,

Respondent.

CAUSE NO. 3:26-CV-150-JD-JEM

## OPINION AND ORDER

Alvin Christmas, a prisoner without a lawyer, filed a habeas petition challenging a prison disciplinary hearing (ISP-25-9-3486) at the Miami Correctional Facility in which a disciplinary hearing officer (DHO) found him guilty of interfering with staff in violation of Indiana Department of Correction Offense 252. Following a hearing, he was sanctioned with the loss of ninety days earned credit time.

In the pending motion to dismiss, the Warden argues that this case is moot because the loss of earned credit time sanction was suspended and can no longer be imposed. ECF 10. The Warden supports this argument with an affidavit from a departmental official and the hearing report listing the disciplinary sanctions. ECF 10-2; ECF 10-3. In response, Christmas continues to express concerns regarding the fairness of the disciplinary hearing and some other types of sanctions that were imposed, but he does not dispute the absence of any sanctions that affected the fact or duration of his confinement. Consequently, the court finds that the claims raised in the petition are moot. *See Hadley v. Holmes*, 341 F.3d 661, 664 (7th Cir. 2003) (prisoner can challenge

prison disciplinary determination in habeas proceeding only when it resulted in a sanction that lengthened the duration of his confinement). Because the claims are moot, the court grants the motion and dismisses the habeas petition.

If Christmas wants to appeal this decision, he does not need a certificate of appealability because he is challenging a prison disciplinary proceeding. *See Evans v. Circuit Court*, 569 F.3d 665, 666 (7th Cir. 2009). However, he may not proceed *in forma pauperis* on appeal because the court finds that an appeal pursuant to 28 U.S.C. § 1915(a)(3) that an appeal in this case could not be taken in good faith.

For these reasons, the court:

(1) GRANTS the motion to dismiss (ECF 10);

(2) DIRECTS the clerk to enter judgment and to close this case; and

(3) DENIES Alvin Christmas leave to proceed *in forma pauperis* on appeal.

SO ORDERED on August 11, 2026

/s/ JON E. DEGUILIO
JUDGE
UNITED STATES DISTRICT COURT

2